UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENE BRIAN GARVIE,

    Petitioner,

v.

JASON BENNETT,

    Respondent.

CASE NO. C24-00336

ORDER

THIS MATTER is before the Court on pro se petitioner Eugene Brian Garvie's June 26 Federal Rule of Civil Procedure 60(b)(4) ("the judgment is void") motion for relief, Dkt. 18. The Court denied two similar motions, Dkts. 11 and 16, on June 20. Dkt. 17.

Garvie's motion is repetitive and without merit. It is DENIED. The Court will not accept any further filings in this closed case.

IT IS SO ORDERED.

Dated this 1st day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1